Same case below, 22 So. 3d 1150.

**No. 10-7285. Thomas Earl Evans, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

562 U.S. 1150, 131 S. Ct. 931, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 336.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7286. Anthony Sneed, Petitioner v. Mississippi.**

562 U.S. 1150, 131 S. Ct. 931, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 350.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 31 So. 3d 33.

**No. 10-7288. Lourdes Iglesias, Petitioner v. Wal-Mart Stores East, L.P.**

562 U.S. 1150, 131 S. Ct. 932, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 289,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 375 Fed. Appx. 364.

**No. 10-7291. Alfonzo Jermaine Johnlouis, Petitioner v. Louisiana.**

562 U.S. 1150, 131 S. Ct. 932, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 186.

January 10, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Third Circuit, denied.

**No. 10-7292. Andre J. Jones, Petitioner v. Mississippi.**

562 U.S. 1150, 131 S. Ct. 932, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 406.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 39 So. 3d 860.

**No. 10-7293. David Lamar Johnson, Petitioner v. Alabama, et al.**

562 U.S. 1150, 131 S. Ct. 932, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 469,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7295. Peter Massinga, Petitioner v. Arizona.**

562 U.S. 1150, 131 S. Ct. 932, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 188.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

**No. 10-7300. Corey Tolbert, Petitioner v. David Wise, Warden, et al.**

562 U.S. 1150, 131 S. Ct. 932, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 356.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.